NO. 12-08-00410-CV



IN THE COURT OF APPEALS
 


TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS


BARBARA NELSON AND
§
 APPEAL FROM THE

ALL OCCUPANTS,

APPELLANTS




V.
§
 COUNTY COURT AT LAW #2




ROBERT NELSON,

APPELLEE
§
 SMITH COUNTY, TEXAS

 
 

MEMORANDUM OPINION


PER CURIAM
 


 Appellants have filed a motion to dismiss this appeal and has served Appellee with a copy.
Because Appellants have met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the
motion is granted, and the appeal is dismissed. 

 Opinion delivered January 7, 2009.

 Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.









(PUBLISH)